1  ELAINE K. KIM (SBN 242066)
      ekk@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
3  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  Attorneys for Defendants Sony Pictures
   Entertainment Inc., Sony Pictures Television
6  Inc., NBCUniversal Media, LLC, and Kripke
   Enterprises
7

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

| 11 BRYAN ZACK MASON, | CASE NO. 2:21-cv-03786-FLA (JCx) |
|---|---|
| 12           Plaintiff, | Honorable Fernando L. Aenlle-Rocha |
| 13      v. | Honorable Jacqueline Chooljian |
| 14 SONY PICTURES ENTERTAINMENT INC., SONY PICTURES TELEVISION INC., NBCUNIVERSAL MEDIA, LLC, AND KRIPKE ENTERPRISES, | **DEFENDANTS' CORPORATE DISCLOSURES AND NOTICE OF INTERESTED PARTIES**<br><br>**[FED. R. CIV. P. 7.1; L.R. 7.1.-1]** |
| 17           Defendants. | Date Filed: May 4, 2021<br>Trial Date:   None |

**TO THE COURT AND PLAINTIFF:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Sony Pictures Entertainment Inc., Sony Pictures Television Inc., NBCUniversal Media, LLC, and Kripke Enterprises (collectively, "Defendants") state as follows:

1. Sony Pictures Entertainment Inc. states that its indirect parent corporation is Sony Corporation. No other publicly held corporation owns 10% or more of its stock.

2. Sony Pictures Television Inc. states that its indirect parent corporation is Sony Corporation. No other publicly held corporation owns 10% or more of its stock.

3. NBCUniversal Media, LLC states that its indirect, ultimate parent corporation is Comcast Corporation. No other publicly held corporation owns 10% or more of its stock.

4. Kripke Enterprises states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Bryan Zack Mason (Plaintiff)
2. Sony Pictures Entertainment Inc. (Defendant)
3. Sony Pictures Television Inc. (Defendant)
4. Sony Corporation (Indirect Parent of Sony Pictures Entertainment Inc.)
5. NBCUniversal Media, LLC (Defendant)
6. Comcast Corporation (Indirect, Ultimate Parent of NBCUniversal Media, LLC)

7.   Kripke Enterprises (Defendant)

DATED: June 11, 2021            MITCHELL SILBERBERG & KNUPP LLP

By:  /s/ Elaine K. Kim
     Elaine K. Kim
     Attorneys for Defendants
     Sony Pictures Entertainment Inc., Sony
     Pictures Television Inc., NBCUniversal
     Media, LLC, and Kripke Enterprises