Jonah A. Grossbardt (State Bar No. 283584)
Matthew L. Rollin (State Bar No. 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California  90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorney for Plaintiff
BRYAN ZACK MASON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| BRYAN ZACK MASON,<br><br>Plaintiff,<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT INC., SONY PICTURES TELEVISION INC., NBCUNIVERSAL MEDIA, LLC, AND KRIPKE ENTERPRISES,<br><br>Defendants. | Case No.:  2:21-cv-03786 FLA (JCx)<br><br>**NOTICE OF MOTION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION OUT OF TIME TO DEFENDANTS' MOTION TO DISMISS**<br><br>**Judge:** Hon. Fernando L. Aenlle-Rocha<br>**Date:** August 13, 2021<br>**Time:** 1:30 p.m.<br>**Courtroom:** 6B |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

1

PLEASE TAKE NOTICE THAT Plaintiff BRYAN ZACK MASON ("Mason"), by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(2), move for leave to file opposition to Defendants' Motion to Dismiss.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 12, 2021.

Defendants Sony Pictures Entertainment Inc., Sony Pictures Television Inc., NBC Universal Media, LLC, and Kripke Enterprises (collectively "Defendants" or "Sony") filed its Motion to Dismiss (Dkt. No. 19) on June 11, 2021.

Plaintiff, Mason, had until July 9, 2021, to file his response to Defendants' Motion to Dismiss. Due to a breakdown in communication at the undersigned law firm, the response was not filed. Plaintiff submits this motion pursuant to Fed. R. Civ. P. 6(b)(2) seeking leave to file its opposition out of time due to excusable neglect and good faith.

DATED: July 12, 2021            Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Bryan Zack Mason

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 12, 2021, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Jonah A. Grossbardt*
Jonah A. Grossbardt

# SERVICE LIST

Ms. Elaine K. Kim, Esq.
Mitchell Silberberg & Knupp LLP
2049 Century Park East
Suite 1800
Los Angeles, CA 90067
ekk@msk.com

Attorneys for Sony Pictures Entertainment Inc., Sony Pictures Television Inc. and NBCUniversal Media, LLC