UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | Case No. 2:21-cv-03786-FLA (JCx) | Date | July 14, 2021 |
|---|---|---|---|
| Title | Bryan Zack Mason v. Sony Pictures Entertainment, Inc., et al. | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| V.R. Vallery<br>Deputy Clerk | Not Reported<br>Court Reporter / Recorder |
| Attorneys Present for Plaintiff:<br>Not Present | Attorneys Present for Defendants:<br>Not Present |

**Proceeding:** **(IN CHAMBERS) MINUTE ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION OUT OF TIME TO DEFENDANTS' MOTION TO DISMISS [DKT. 27] AND ORDERING THE PARTIES TO REVIEW THE CENTRAL DISTRICT OF CALIFORNIA'S CIVILITY AND PROFESSIONALISM GUIDELINES**

Plaintiff Bryan Zack Mason ("Mason" or "Plaintiff") filed the Complaint on May 4, 2021, alleging one cause of action for copyright infringement against Defendants Sony Pictures Entertainment Inc. and Sony Pictures Television Inc. (collectively "Sony"); NBCUniversal Media, LLC ("NBC"); and Kripke Enterprises ("Kripke").[1]  Dkt. 1.  On June 11, 2021, Defendants filed a Motion to Dismiss the Complaint (the "Motion to Dismiss"), which was set for hearing on July 16, 2021.  Dkt. 19.

On June 25, 2021, the parties submitted a joint stipulation to continue the hearing on the Motion to Dismiss to August 6, 2021, with Plaintiff's opposition due on July 9, 2021 and Defendants' reply due on July 23, 2021.  Dkt. 24.  The court granted the stipulation on July 1, 2021.  Dkt. 25.

On July 12, 2021, Plaintiff filed an untimely opposition to the Motion to Dismiss, Dkt. 26, along with the subject Motion for Leave to File Opposition Out of Time to Defendants' Motion to Dismiss (Plaintiff's "Motion for Leave"), Dkt. 27.[2]  The court finds this matter

---

[1] Sony, NBC, and Kripke will be collectively referred to as "Defendants."

[2] Plaintiff states the Motion for Leave was filed following a conference of counsel, pursuant to Local Rule 7-3, that took place on July 12, 2021.  Dkt. 28 (Not. Mot. for Leave) at 2; Dkt. 27-

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | Case No. 2:21-cv-03786-FLA (JCx) | Date | July 14, 2021 |
| Title | Bryan Zack Mason v. Sony Pictures Entertainment, Inc., et al. | | |

appropriate for resolution without oral argument or further briefing and vacates the hearing set for August 13, 2021. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.

    Plaintiff's counsel attests the opposition was filed one business day late because of internal miscommunication within his firm and takes responsibility for the late filing. Dkt. 27-1 (Grossbardt Decl.) ¶¶ 5-7. As Plaintiff promptly notified Defendants of the error, the filing was late by only one court day, and Plaintiff's counsel has taken responsibility for the untimeliness, the court exercises its discretion to GRANT the Motion for Leave without need to consider Defendants' intended opposition.

    Given that the court has already approved the parties' stipulation to grant Defendants an additional week to prepare the reply, beyond what is allowed under the court's Initial Standing Order, *see* Dkt. 13 at 8, Defendants will not suffer any prejudice from the one-day delay. Nevertheless, the court EXTENDS Defendants' deadline to file the reply to the Opposition to the Motion to Dismiss to Monday, July 26, 2021. The hearing date on the Motion to Dismiss remains unchanged.

    Finally, the court reminds the parties of their professional duty to grant reasonable extensions and professional courtesies to opposing counsel. While an extended delay or a party's repeated failure to meet deadlines may constitute grounds for disregarding the untimely document or sanctions, a one-time filing error that resulted in a one court day delay that will not result in prejudice to the other party is a matter that should have been dealt with by stipulation between the parties, rather than requiring the court to expend its limited time and resources by way of an unnecessary noticed motion. Accordingly, the court ORDERS the parties to review and expects the parties to comply with the Central District of California's Civility and Professionalism Guidelines, which are available at:
https://www.cacd.uscourts.gov/attorneys/admissions/civility-and-professionalism-guidelines.

    IT IS SO ORDERED.

                                                                                                      :_____

Initials of Preparer    vrv

---

1 (Grossbardt Decl.) ¶ 9. According to Plaintiff, Defendants have stated they intend to oppose the Motion for Leave. Dkt. 27-1 (Grossbardt Decl.) ¶ 9